**CLOSED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NS INT'L TEXTILES, a South Korea corporation,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>RIAH FASHION, INC., a California Corporation; JOSE ALEJANDRO KIM, an Individual; GROUPON, INC., a Illinois Corporation; RICH WILLIAMS, an individual; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No: 2:18-cv-00571-CAS(AFMx)<br><br>[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)<br><br>*Honorable Christina A. Snyder* |

　　　The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice and without an award of costs or fees to any party. Each party shall bear their own costs and attorney fees.

　　　IT IS SO ORDERED.

Dated: April 9, 2018

　　　　　　　　　　　　　　　　*Christina A. Snyder*
　　　　　　　　　　　　　　　　The Honorable Christina A. Snyder
　　　　　　　　　　　　　　　　United Stated District Court Judge